**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7231**

———————

UNITED STATES OF AMERICA,

                 Plaintiff – Appellee,

      v.

ANTHONY DAVE GREEN,

                 Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Aiken. Margaret B. Seymour, Senior District Judge. (1:10-cr-00968-MBS-7)

———————

Submitted: February 26, 2016       Decided: March 22, 2016

———————

Before DUNCAN, WYNN, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony Dave Green, Appellant Pro Se. Stanley D. Ragsdale, Julius Ness Richardson, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Dave Green appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Green</u>, No. 1:10-cr-00968-MBS-7 (D.S.C. dated July 9, 2015 & entered July 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>